IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ERIC P. SWIFT, | § | |
| | § | No. 30, 2026 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Court of |
| | § | Common Pleas of the State |
| v. | § | of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID Nos. 2501009867, |
| | § | 2308001734, 2002015609 (S) |
| Appellee. | § | |
| | § | |

Submitted: February 9, 2026
Decided: March 4, 2026

On January 16, 2026, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for the Court's lack of jurisdiction to hear an appeal from a criminal matter in the Court of Common Pleas. Postal records show that the notice to show cause was delivered by January 27, 2026. A timely response to the notice to show cause was due by February 6, 2026. To date, the appellant has not responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice